**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 21-09073MJ-001-PHX-ESW |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Cruz Garcia Mitchel, | |
| Defendant. | |

The Court has considered all information presented and the proffer of counsel.

Pursuant to 18 U.S.C. § 3181 *et seq*., the Court finds that the Extraditee has failed to meet his burden of proof by clear and convincing evidence that he is neither a flight risk nor a danger to the community and that "special circumstances" warrant the Extraditee's release. The Extraditee's medical concerns may be addressed by appropriate medication and are not reflective of a serious deterioration of health while incarcerated. There has been no unreasonable or unusual delay in the appeal process. Nor has the Extraditee demonstrated a high probability of success on substantial claims. "Special circumstances" justifying release have not been shown. *See Salerno v. United States*, 878 F.2d 317 (9th Cir. 1989).

The length of the sentence for the charges, the Extraditee's ties to a foreign country, his use of aliases, and history of substance abuse reflect his risk of flight. The nature and

circumstances of the alleged offense and use of a weapon reflect the danger the Extraditee poses to the community.  *See* 18 U.S.C. § 3142(g).

IT IS ORDERED that the Extraditee shall be detained pending further proceedings in this matter.

Dated this 13th day of April, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge